No. 23,004.

Zella Lamb, *Appellee*, v. The Board of County Commission-
ers of the County of Butler, *Appellant*.

OPINION ON MOTION TO REHEAR OR MODIFY.

Appeal from Butler district court; Allison T. Ayres, judge.
Opinion modifying former order filed June 11, 1921. (For
original opinion of affirmance see 108 Kan. 739, 196 Pac. 1059.)

*A. F. Williams*, county attorney, *Stanley Taylor*, deputy
county attorney, *T. A. Kramer*, and *George J. Benson*, both of
El Dorado, for the appellant.

*A. L. L. Hamilton*, and *J. B. McKay*, both of El Dorado, for
the appellee.

The opinion of the court was delivered by

West, J.: In its motion to rehear or modify the judgment
affirmed in our former opinion (108 Kan. 739), the defendant
sets forth that under the statute the plaintiff was not entitled
in any quarter to more than $600 salary and $300 clerk hire
under the schedule, but that attached to her petition was
an itemized account showing that she had actually received
$1,299.92 in excess of the sum of these quarterly amounts.

The petition alleged that the plaintiff received and paid
over "fees greatly in excess of the amount paid to this plain-
tiff . . . as salary and clerk hire, an itemized account"
of which was attached.

The answer contained the statement that the itemized ac-
count showed the amount of salary paid to the register of
deeds "and the amount of clerk hire allowed and paid to the
clerks for clerk hire in the office of said register of deeds."

Of course, it makes a difference whether this money was
paid to the plaintiff or to the clerks employed in her office,
and if the claim now insisted on is correct a deduction from
the amount of the judgment should be made.

The cause is therefore remanded for the purpose of con-
sidering and deciding this one question and for such judg-
ment as such further consideration may warrant.